BOOK: 54441 PAGE: 337

Recording Requested By:
**CALIBER HOME LOANS, INC.**

And When Recorded Mail To:
**Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, Ok 73134**

Customer#: 1/1
Service#: **107450AS1**
Loan#: **9800506777**

_____ Space above for Recorder's use _____

MERS MIN#: **100372406052785786**   PHONE#: **(888) 679-6377**

### ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR WILMINGTON FINANCE, INC., ITS SUCCESSORS AND ASSIGNS, PO BOX 2026, FLINT, MI, 48501-2026,** hereby assign and transfer to **THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000,** all its right, title and interest in and to said Mortgage in the amount of **$693,000.00,** recorded in the State of **MARYLAND,** County of **MONTGOMERY** Official Records, dated **JUNE 05, 2006** and recorded on **JULY 06, 2006,** as Instrument No. **---,** in **LIBER: 32623,** at **FOLIO: 635.**
Executed by: **LUIS JAVIER MARINO AND ELSIE MARINO, AS TENANTS BY THE ENTIRETY, UNTO THE SURVIVOR OF THEM** (Original Mortgagor).
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR WILMINGTON FINANCE, INC., ITS SUCCESSORS AND ASSIGNS.** Legal Description: **LOT NUMBERED TWO (2), IN A SUBDIVISION KNOWN AS "HALLMAN'S ADDITION TO QUINCE ORCHARD", AS PER PLAT RECORDED IN PLAT BOOK 80 AT PLAT 8242, AMONG THE LAND RECORDS OF MONTGOMERY COUNTY, MARYLAND..** Property Address: **12701 DARNESTOWN ROAD, GAITHERSBURG, MD 20878-0000. KEY TAX# 00393781.**

Date: **APRIL 07, 2017**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR WILMINGTON FINANCE, INC., ITS SUCCESSORS AND ASSIGNS**

By: _____
**Roy Lacey, Assistant Secretary**

State of **OKLAHOMA**   }
County of **OKLAHOMA**   } ss.

On **APRIL 07, 2017** , before me, Nancy Ortiz, a Notary Public, personally appeared **Roy Lacey** , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

(Notary Name): **Nancy Ortiz**
My commission expires: 09/29/2020

Prepare By:  **J DIVYA SREE**

# Exhibit C

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 54441, p. 0338, MSA_CE63_54398. Date available 06/19/2017. Printed 07/03/2017.

```
LR - Assignment
Recording Fee     20.00
Name: MARINO
Ref:
LR - Assignment
Surcharge         40.00
=====================
SubTotal:         60.00
=====================
Total:            60.00
06/14/2017  12:36
                CC15-CP
#8559803 CC0602 -
Montgomery
County/CC06.02.06 -
Register 06
```



## DOCUMENT VALIDATION PAGE
FOR CLERK'S USE ONLY
(EXCLUDED FROM PAGE COUNT FOR CERTIFIED COPY)

### BARBARA H. MEIKLEJOHN
Clerk of the Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, Maryland 20850
Recording and Licensing
(240) 777-9470