

**Barbara H. Meiklejohn**
Clerk of the Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850-2397

June 28, 2017

RE: Notice of New Case Number for
JEFFREY NADEL, ET AL vs ELSIE MARINO, ET AL
Reference Case#:
Case Type: FORECLOSE DEED OF TRUST
(836)

Dear Sir/Madam:

Please be advised that the above referenced case was received on June 27, 2017, in the office of the Clerk for Montgomery County. This matter has been assigned case number **433888-V**.  Please include this case number on all future papers to be filed in this case.

Sincerely,

Clerk of the Circuit Court
for Montgomery County,
Maryland

LUIS JAVIER MARINO
12701 DARNESTOWN ROAD
GAITHERSBURG MD 20878



**Exhibit E**

NEWCASE 06/28/2017 13:24:48