IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ELSIE MARINO | * |
| Plaintiff, | * |
| v. | *   Case No: 17-cv-02116-GJH |
| JEFFREY NADEL D/B/A LAW OFFICES OF JEFFERY NADEL, *et al.*, | * |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Defendants Caliber Home Loans, Inc. ("Caliber") and The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 ("BNYM"), (collectively, "Defendants"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, file this Disclosure of Affiliations and Financial Interest and states:

**The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1**

(a)     Corporate Affiliation:

BNYM, as successor to The Bank of New York, is a New York State banking institution which is a wholly-owned subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation, a Delaware corporation, is a publicly held company. No corporation owns 10% or more of its stock.

(b)     Financial Interest in the Outcome of the Litigation:

BNYM knows of no other corporation, unincorporated association, partnership, or other business entity, not a party to this case, who may have a "financial interest whatsoever in the outcome of the litigation" as described in Local Rule 103.3(b).

BNYM reserves the right to supplement this Disclosure.

**Caliber Home Loans, Inc.**

(a)     Corporate Affiliation:

Caliber Home Loans, Inc. is a wholly-owned subsidiary of LSF6 Service Operations, LLC, which in turn is a wholly-owned subsidiary of LSF6 Mid-Servicer Holdings, L.L.C. a Delaware limited liability company.

(b)     Financial Interest in the Outcome of the Litigation:

Caliber knows of no other corporation, unincorporated association, partnership, or other business entity, not a party to this case, who may have a "financial interest whatsoever in the outcome of the litigation" as described in Local Rule 103.3(b).

Caliber reserves the right to supplement this Disclosure.

Dated:  August 29, 2017                     Respectfully submitted,

                                             */s/ Peter J. Duhig*
                                            Peter J. Duhig (Fed. Bar No. 26899)
                                            **MCGUIREWOODS LLP**
                                            7 Saint Paul Street, Suite 1000
                                            Baltimore, MD 21202-1671
                                            Telephone: (410) 659-4554
                                            Facsimile: (410) 659-4498
                                            E-mail: pduhig@mcguirewoods.com

                                            *Counsel for Caliber Home Loans, Inc. and The Bank of New York Mellon*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 29th day of August, 2017, a true and correct copy of the foregoing was filed and served through the Court's CM/ECF system and/or via U.S. Mail addressed as follows.

Elsie Marino
12701 Darnestown Road
Gaithersburg, MD 20878
*Pro se Plaintiff*

Jeffrey Nadel d/b/a Law Offices of Jeffrey Nadel
Scott E. Nadel
Daniel Menchel
Michael McKeown
4041 Powder Mill Road
Suite 415
Calverton, Maryland 20705

                                            */s/ Peter J. Duhig*
                                            Peter J. Duhig