**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Elsie Marino

      *

      *

v.          Case No. _17-cv-02116 GJH_

Jeffrey Nadel
Scott Nadel
Michael McKeown    *
Daniel Menchel   **RETURN OF SERVICE**

I served the following documents (check all that apply):

☑ summons

☐ complaint and any attachments

☐ subpoena

☐ other - describe: _____

By (check method of service):

☐ Personal - place served: _____

☑ Certified mail, restricted delivery - attach green card

☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein

☐ Other - describe: _____

_____

On (name of person or entity served): _____

Date of service: _____

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_10-20-2017_
Date

_Elsie Marino_
Signature of Process Server

_ELSIE MARINO_
Printed Name of Process Server

_12701 Darnestown Rd_
Address of Process Server

_Gaithersburg Md 20878_

_301-820-1980_
Telephone Number of Process Server







Case 8:17-cv-02116-GJH   Document 11   Filed 10/20/17   Page 3 of 8

# USPS Tracking® Results

Track Another Package +

Remove ✕

**Tracking Number:** 70170190000044663569

▶           ▶           ▶   Delivered

**On Time**
**Expected Delivery on:** Tuesday, October 17, 2017 by 8:00pm ⓘ
## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions
Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:29 am | **Delivered, Left with Individual** ▲ | **BELTSVILLE, MD 20705** |

Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705.

| | | |
|---|---|---|
| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:27 am | Arrived at Unit | BELTSVILLE, MD 20705 |
| October 17, 2017, 6:53 am | Departed USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 17, 2017, 5:07 am | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 16, 2017, 11:42 pm | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER ANNEX |
| October 16, 2017, 6:16 pm | Departed Post Office | GAITHERSBURG, MD 20878 |
| October 16, 2017, 11:16 am | USPS in possession of item | GAITHERSBURG, MD 20878 |

See Less ∧

## Available Actions

**Text & Email Updates**                                                              ∨

# USPS Tracking Results

Track Another Package +

Tracking Number: 70170190000044663576                                   Remove ✕

▶           ▶              ▸     Delivered

**On Time**
Expected Delivery on: Tuesday, October 17, 2017 by 8:00pm ⓘ
## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions
Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| October 17, 2017, 9:29 am | **Delivered, Left with Individual** ▲ | **BELTSVILLE, MD 20705** |
| | Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705. | |
| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:34 am | Arrived at Unit | BELTSVILLE, MD 20705 |
| October 17, 2017, 6:53 am | Departed USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 17, 2017, 4:58 am | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 16, 2017, 11:46 pm | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER ANNEX |
| October 16, 2017, 6:16 pm | Departed Post Office | GAITHERSBURG, MD 20878 |
| October 16, 2017, 11:16 am | USPS in possession of item | GAITHERSBURG, MD 20878 |

See Less ∧

## Available Actions

**Text & Email Updates**                                                 ⌄

# USPS Tracking® Results

Track Another Package +

Remove ✕

Tracking Number: 70170190000044663590

▶           ▶           ▶   Delivered

On Time

**Expected Delivery on:** Tuesday, October 17, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions
Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:29 am | Delivered, Left with Individual ▲ | BELTSVILLE, MD 20705 |

Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705.

| | | |
|---|---|---|
| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:34 am | Arrived at Unit | BELTSVILLE, MD 20705 |
| October 17, 2017, 6:53 am | Departed USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 17, 2017, 4:58 am | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 16, 2017, 11:46 pm | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER ANNEX |
| October 16, 2017, 6:16 pm | Departed Post Office | GAITHERSBURG, MD 20878 |
| October 16, 2017, 11:16 am | USPS in possession of item | GAITHERSBURG, MD 20878 |

See Less ∧

## Available Actions

**Text & Email Updates**                                                       ⌄

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

Remove ✕

**Tracking Number:** 701701900000044663583

▶   ▶   ▶  Delivered

**On Time**
**Expected Delivery on:** Tuesday, October 17, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance
included Restrictions
Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:29 am | Delivered, Left with Individual | BELTSVILLE, MD 20705 |

▲

Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705.

| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:40 am | Arrived at Unit | BELTSVILLE, MD 20705 |

See More ∨

## Available Actions

**Text & Email Updates**                                                                 ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

```
===================================================
              DIAMOND FARMS
             23 FIRSTFIELD RD
               GAITHERSBURG
                    MD
                20878-9998
                2335290878
10/16/2017      (800)275-8777   11:23 AM
===================================================
===================================================
Product                   Sale        Final
Description               Qty         Price

PM 1-Day                   1          $7.20
    (Domestic)
    (BELTSVILLE, MD  20705)
    (Weight:1 Lb 5.90 Oz)
    (Expected Delivery Day)
    (Tuesday 10/17/2017)
Certified                  1          $3.35
    (@@USPS Certified Mail #)
    (70170190000044663569)
PM 1-Day                   1          $7.20
    (Domestic)
    (BELTSVILLE, MD  20705)
    (Weight:1 Lb 5.90 Oz)
    (Expected Delivery Day)
    (Tuesday 10/17/2017)
Certified                  1          $3.35
    (@@USPS Certified Mail #)
    (70170190000044663576)
PM 1 Day                   1          $7.20
    (Domestic)
    (BELTSVILLE, MD  20705)
    (Weight:1 Lb 5.50 Oz)
    (Expected Delivery Day)
    (Tuesday 10/17/2017)
Certified                  1          $3.35
    (@@USPS Certified Mail #)
    (70170190000044663583)
PM 1-Day                   1          $7.20
    (Domestic)
    (BELTSVILLE, MD  20705)
    (Weight:1 Lb 6.00 Oz)
    (Expected Delivery Day)
    (Tuesday 10/17/2017)
Certified                  1          $3.35
    (@@USPS Certified Mail #)
    (70170190000044663590)

Total                                $42.20

Debit Card Remit'd                   $42.20
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX5370)
    (Approval #:      )
    (Transaction #:092)
    (Receipt #:007742)
    (Debit Card Purchase:$42.20)
    (Cash Back:$0.00)

Includes up to $50 insurance

******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
```