IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Elsie Marino,  \*

 \*

v.  \* Case No. 17-cv-2116-GJH

 \*

Jeffrey Nadel d/b/a, et al  \*

 \*

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): CALIBER HOME LOANS, INC. (Registered Agent)

Date of service: USPS Express Priority Mail#EL232325383US Delivered 10-24-2017 see attached USPS Tracking Results

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

10-25-2017
Date

*Elsie Marino*
Signature of Process Server

Elsie Marino
Printed Name of Process Server

12701 Darnestown Road Gaithersburg, MD 20878
Address of Process Server

301-820-1980
Telephone Number of Process Server

ReturnofService (06/2016)

Remove ✕

**Tracking Number:** EL232325383US

▶  ▶  ▶ Delivered

*Caliber Homes*

**Scheduled Delivery by:** Tuesday, October 24, 2017, 12:00 pm ⓘ
**Money Back Guarantee**

**Signed for By:** WAIVED // LUTHERVILLE TIMONIUM, MD 21093 // 11:27 am

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail Express 1-Day™

**Features:**
Insured
PO to Addressee
Up to $100 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| October 24, 2017, 11:27 am | Delivered, In/At Mailbox | LUTHERVILLE TIMONIUM, MD 21093 |

Your item was delivered in or at the mailbox at 11:27 am on October 24, 2017 in LUTHERVILLE TIMONIUM, MD 21093.

| | | |
| --- | --- | --- |
| October 24, 2017, 10:39 am | Arrived at Post Office | LUTHERVILLE TIMONIUM, MD 21093 |
| October 24, 2017, 5:32 am | Departed USPS Regional Facility | BROOKLYN NY DISTRIBUTION CENTER |
| October 24, 2017, 5:30 am | Arrived at USPS Regional Destination Facility | LINTHICUM HEIGHTS MD DISTRIBUTION CENTER |

See More ⌄

## Available Actions

**Text & Email Updates** ⌄

**Proof of Delivery** ⌄

See Less ⌃

### Can't find what you're looking for?

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Elsie Marino,  *

  *

v.  * Case No. 17-cv-2116-GJH

Jeffrey Nadel d/b/a, et al  *

  *

### RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1

Date of service: USPS Express Priority Mail#EM020851435US Delivered 10-24-2017 see attached USPS Tracking Results

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

10-25-2017
Date

*Elsie Marino* (signature)
Signature of Process Server

**Elsie Marino**
Printed Name of Process Server

12701 Darnestown Road Gaithersburg, MD 20878
Address of Process Server

**301-820-1980**
Telephone Number of Process Server

ReturnofService (06/2016)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Elsie Marino,

v.                                        Case No. 17-cv-2116-GJH

Jeffrey Nadel d/b/a, et al

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): **DANIEL MENCHEL**

Date of service: Certified Mail#70170190000044663569 Delivered 10-17-2017 see attached USPS Tracking Results

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

10-23-2017
Date

*Elsie Marino* (signature)
Signature of Process Server

Elsie Marino
Printed Name of Process Server

12701 Darnestown Road Gaithersburg, MD 20878
Address of Process Server

301-820-1980
Telephone Number of Process Server

ReturnofService (06/2016)

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&tex

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✗

Tracking Number: 70170190000044663569

▶ ▶ ▶ Delivered

*Daniel Henschel*

On Time
Expected Delivery on: Tuesday, October 17, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

Postal Product:
Priority Mail®

Features:
Certified Mail™
Up to $50 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:29 am | Delivered, Left with Individual | **BELTSVILLE, MD 20705** |

Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705.

| | | |
|---|---|---|
| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:27 am | Arrived at Unit | BELTSVILLE, MD 20705 |
| October 17, 2017, 6:53 am | Departed USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 17, 2017, 5:07 am | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 16, 2017, 11:42 pm | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER ANNEX |
| October 16, 2017, 6:16 pm | Departed Post Office | GAITHERSBURG, MD 20878 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Elsie Marino,                            *

                                         *

v.                                       *    Case No. 17-cv-2116-GJH

Jeffrey Nadel d/b/a, et al               *

                                         *

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): **SCOTT E. NADEL**

Date of service: Certified Mail#70170190000044663576 Delivered 10-17-2017 see attached USPS Tracking Results

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

10-23-2017
Date

*Elsie Marino* (signature)
Signature of Process Server

**Elsie Marino**
Printed Name of Process Server

12701 Darnestown Road Gaithersburg, MD 20878
Address of Process Server

**301-820-1980**
Telephone Number of Process Server

ReturnofService (06/2016)

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 70170190000044663576

▶ ▶ ▶ Delivered

*Scott Nadel*

On Time
Expected Delivery on: Tuesday, October 17, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

Postal Product:
Priority Mail®

Features:
Certified Mail™
Up to $50 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:29 am | Delivered, Left with Individual | **BELTSVILLE, MD 20705** |

Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705.

| | | |
|---|---|---|
| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:34 am | Arrived at Unit | BELTSVILLE, MD 20705 |
| October 17, 2017, 6:53 am | Departed USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 17, 2017, 4:58 am | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 16, 2017, 11:46 pm | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER ANNEX |
| October 16, 2017, 6:16 pm | Departed Post Office | GAITHERSBURG, MD 20878 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

<u>Elsie Marino,</u>     *

                       *

v.                     *     Case No. <u>17-cv-2116-GJH</u>

<u>Jeffrey Nadel d/b/a, et al</u>     *

                       *

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): **MICHAEL MCKEOWN**

Date of service: Certified Mail#70170190000044663590 Delivered 10-17-2017 see attached USPS Tracking Results

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

10-23-2017
Date

*[signature: Elsie Marino]*
Signature of Process Server

**Elsie Marino**
Printed Name of Process Server

12701 Darnestown Road Gaithersburg, MD 20878
Address of Process Server

**301-820-1980**
Telephone Number of Process Server

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 70170190000044663590

▶ ▶ ▶ Delivered

*Michael McKeown*

On Time
Expected Delivery on: Tuesday, October 17, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:29 am | Delivered, Left with Individual | **BELTSVILLE, MD 20705** |

Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705.

| | | |
|---|---|---|
| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:34 am | Arrived at Unit | BELTSVILLE, MD 20705 |
| October 17, 2017, 6:53 am | Departed USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 17, 2017, 4:58 am | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 16, 2017, 11:46 pm | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER ANNEX |
| October 16, 2017, 6:16 pm | Departed Post Office | GAITHERSBURG, MD 20878 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Elsie Marino,     *

    *

v.     Case No. 17-cv-2116-GJH

Jeffrey Nadel d/b/a, et al     *

    *

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): **JEFFREY NADEL**

Date of service: Certified Mail#70170190000044663583 Delivered 10-17-2017 see attached USPS Tracking Results

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

10-23-2017
Date

*Elsie Marino* (signature)
Signature of Process Server

**Elsie Marino**
Printed Name of Process Server

12701 Darnestown Road Gaithersburg, MD 20878
Address of Process Server

**301-820-1980**
Telephone Number of Process Server

ReturnofService (06/2016)

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 70170190000044663583

▶ ▶ ▶ **Delivered**

*Jeffrey Nadel*

**On Time**
Expected Delivery On: Tuesday, October 17, 2017 by 8:00pm ⓘ

See Available Actions

## Product & Tracking Information

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 9:29 am | Delivered, Left with Individual | **BELTSVILLE, MD 20705** |

Your item was delivered to an individual at the address at 9:29 am on October 17, 2017 in BELTSVILLE, MD 20705.

| | | |
|---|---|---|
| October 17, 2017, 8:59 am | Out for Delivery | BELTSVILLE, MD 20705 |
| October 17, 2017, 8:49 am | Sorting Complete | BELTSVILLE, MD 20705 |
| October 17, 2017, 7:40 am | Arrived at Unit | BELTSVILLE, MD 20705 |
| October 17, 2017, 6:53 am | Departed USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 17, 2017, 5:04 am | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER |
| October 16, 2017, 11:46 pm | Arrived at USPS Regional Facility | SOUTHERN MD DISTRIBUTION CENTER ANNEX |
| October 16, 2017, 6:16 pm | Departed Post Office | GAITHERSBURG, MD 20878 |

Case 8:17-cv-02116-GJH   Document 13   Filed 10/26/17   Page 12 of 15

**Label 1 (top):**

FROM: (PLEASE PRINT)   PHONE ( 301 ) 980-1260
Elsie Marino
12701 Darnestown Rd
Gaithersburg, MD 20878

TO: (PLEASE PRINT)   PHONE ( )
The Bank of NY Mellon as trustee
for Citi-Mtg. Loan
2405 York Road Suite 201
Lutherville Timonium, MD 21093-2264

USPS Priority Mail Express
EM 020851435 US
PO ZIP Code: 11205
Scheduled Delivery Date: 10/24/17
Postage: $23.75
Date Accepted: 10/23/17
Time Accepted: 4:09 PM
Flat Rate
Acceptance Employee Initials: K.V.
Total Postage & Fees: 23.75

---

**Label 2 (bottom) — CUSTOMER COPY:**

FROM: (PLEASE PRINT)   PHONE ( 301 ) 980-1280
Elsie Marino
12701 Darnestown Rd
Gaithersburg, MD 20878

TO: (PLEASE PRINT)   PHONE ( )
Caliber Home Loan, Inc.
c/o The Corp Trust, Inc. Reg Agent
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264

USPS Priority Mail Express
EL 232325383 US
PO ZIP Code: 11205
Scheduled Delivery Date: 10/24/17
Postage: $23.75
Date Accepted: 10/23/17
Time Accepted: 4:10 PM
Flat Rate
Acceptance Employee Initials: K.V.
Total Postage & Fees: 23.75

7017 0190 0000 4466 3569

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

BELTSVILLE, MD 20705

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $7.20

Total Postage and Fees $10.55

0878
14
Postmark Here
10/16/2017

Sent To: Daniel Marchwell
Street and Apt. No., or PO Box No.: 4041 Powder Mill Road, Suite 415
City, State, ZIP+4®: Calverton, MD 20705

PS Form 3800, April 2015 — See Reverse for Instructions

---

7017 0190 0000 4466 3576

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

BELTSVILLE, MD 20705

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $7.20

Total Postage and Fees $10.55

0878
14
Postmark Here
10/16/2017

Sent To: Scott Nadel
Street and Apt. No., or PO Box No.: 4041 Powder Mill Road, Suite 415
City, State, ZIP+4®: Calverton, MD 20705

PS Form 3800, April 2015 — See Reverse for Instructions

---

7017 0190 0000 4466 3590

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

BELTSVILLE, MD 20705

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $7.20

Total Postage and Fees $10.55

0878
14
Postmark Here
10/16/2017

Sent To: Michael McKeown
Street and Apt. No., or PO Box No.: 4041 Powder Mill Road, Suite 415
City, State, ZIP+4®: Calverton, MD 20705

PS Form 3800, April 2015 — See Reverse for Instructions

---

7017 0190 0000 4466 3583

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

BELTSVILLE, MD 20705

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $7.20

Total Postage and Fees $10.55

0878
14
Postmark Here
10/16/2017

Sent To: Jeffrey Nadel
Street and Apt. No., or PO Box No.: 4041 Powder Mill Road Suite 41
City, State, ZIP+4®: Calverton, MD 20705

PS Form 3800, April 2015 — See Reverse for Instructions

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*Amended Filing*

| | |
|---|---|
| ELSIE MARINO | * |
| Plaintiff | * |
| v | * Civil Action No. GJH-17-2116 |
| JEFFREY NADEL | * |
| d/b/a: Law Offices of Jeffrey Nadel, | |
| SCOTT E. NADEL, | * |
| DANIEL MENCHEL, | |
| MICHAEL McKEOWN, | * |
| CALIBER HOME LOANS, INC., | |
| THE BANK OF NEW YOURK MELLON | * |
| AS TRUSTEE FOR CIT MORTGAGE LOAN | |
| TRUST 2007-1, | * |
| Defendants | * |

\*\*\*

## ORDER

The above-captioned Complaint was filed with the full filing fee, and therefore Plaintiff bears the responsibility for effecting service of process on Defendants. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendants. Plaintiff has provided summons to the Clerk. Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendants. Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). Plaintiff may contact the office of the State Department of Assessments and Taxation at

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

http://dat.maryland.gov/Pages/default.aspx or (410) 767-1330 to obtain the name and service address for the resident agent of Defendant.

If there is no record that service was effectuated on Defendants, Plaintiff risks dismissal of this case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the Complaint, the Court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this 8th day of August, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk TAKE ALL NECESSARY STEPS to prepare and issue summons and to return summons to Plaintiff. If service copies of the Complaint were provided, the Clerk SHALL RETURN them to the Plaintiff; and

2. The Clerk SHALL SEND a copy of this Order to Plaintiff.

GEORGE J. HAZEL
UNITED STATES DISTRICT JUDGE

2