# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| **ELSIE MARINO,** * | |
| **Plaintiff,** * | |
| v. * | Case No.: GJH-17-2116 |
| * | |
| **JEFFREY NADEL D/B/A LAW OFFICES** | |
| **OF JEFFREY NADEL,** *et al.*, | |
| * | |
| **Defendants.** | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Defendants' Motions to Dismiss, ECF Nos. 7 and 18 are **GRANTED**;

2. Plaintiff's Motion for Entry of Default, ECF No. 17 is **DENIED**;

3. Plaintiff's Motion for Leave to Amend the Complaint, ECF No. 22 is **DENIED**; and

4. The Clerk shall close this case.

Dated: September 27, 2018           /s/
                                    GEORGE J. HAZEL
                                    United States District Judge